STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KENNETH CHAMBERS (NYBN 5559885)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-7234
    kenneth.chambers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:21-CR-00254-EMC |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER SETTING HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| KAREEM LACAYO, | ) |
| Defendant. | ) |

On July 15, 2021, before the Honorable Laurel Beeler, United States Magistrate Judge, a status conference was held for the above-titled matter. On August 5, 2021 this matter was scheduled to August 11, 2021. For the aforementioned reason, the parties agree that it would be appropriate for time be excluded under the Speedy Trial Act between July 15, 2021 and August 11, 2021 for effective preparation by counsel, and in the interest of justice.

Therefore, the parties agree, and the Court finds and holds, as follows:

1.     The time between and July 15, 2021 and August 11, 2021 is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C.

§ 3161(h)(7)(B)(iv).  The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

Dated: August 10, 2021

/s/
KENNETH CHAMBERS
Assistant United States Attorney
Counsel for the United States

Dated: August 10, 2021

/s/
SOPHIA WHITING
Counsel for Kareem Lacayo

IT IS SO ORDERED.

Dated: August 10, 2021

HONORABLE EDWARD M. CHEN
United States District Judge