GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        elisse_larouche@fd.org

Counsel for Defendant LACAYO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAREEM LACAYO,<br><br>Defendant. | Case No.: CR 21-00254-EMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE STATUS<br>CONFERENCE AND EXCLUDE<br>TIME** |

    The above captioned matter is currently scheduled for a status conference on February 9, 2022. Undersigned counsel was recently assigned to Mr. Lacayo's case and requires additional time to review the discovery and meet with Mr. Lacayo. Additionally, because of the continued pandemic, counsel has not been as able to conduct in-person meetings and investigations. As such, the parties agree that the matter be continued to April 6, 2022 at 2:30 p.m.

    The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from February 9, 2022 to April 6, 2022. An exclusion is appropriate under 18

U.S.C. § 3161(h)(7)(B)(iv), effective preparation of counsel, taking into account the exercise of due diligence. An exclusion of time from February 9, 2022 to April 6, 2022, is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

| February 1, 2022 | STEPHANIE HINDS |
| Dated | Acting United States Attorney |
| | Northern District of California |

       /S
_____
KENNETH CHAMBERS
Assistant United States Attorney

| February 1, 2022 | GEOFFREY HANSEN |
| Dated | Acting Federal Public Defender |
| | Northern District of California |

       /S
_____
ELISSE LAROUCHE
Assistant Federal Public Defender

IT IS SO ORDERED.

| February 2, 2022 | _____ |
| Dated | EDWARD CHEN |
| | United States District Judge |

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND [PROPOSED] ORDER   2