STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KAITLIN PAULSON (CABN 316804)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 412-0168
    Kaitlin.Paulson@usdoj.gov

Attorneys for United States of America

**FILED**

Jan 03 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KAREEM LACAYO, <br><br> Defendant. | NO. 21-CR-00254 EMC <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Kareem Lacayo.

DATED: December 30, 2022

                                              Respectfully submitted,

                                              STEPHANIE M. HINDS
                                              United States Attorney

                                              *Thomas A. Colthurst*

                                              THOMAS A. COLTHURST
                                              Chief, Criminal Division

1  Leave is granted to the government to dismiss the indictment against Kareem Lacayo.

Date: January 3, 2023

HON. EDWARD M. CHEN
United States District Judge